UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURTIS HALL | CIVIL ACTION |
| VERSUS | NUMBER: 16-13527 |
| BRADLEY PECK, ET AL. | SECTION: "A"(5) |

**O R D E R**

The Court, having considered the complaint, the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the motion to dismiss of Defendant, E.J. Howard, Designated (Interim) Chief of Police for the City of Slidell, is granted and that Plaintiff's §1983 claim against him is dismissed.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claims against Defendants, Sheriff Randy Smith and Warden Gregory Longino, are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 23rd day of February, 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE