UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURTIS HALL | CIVIL ACTION |
| VERSUS | NUMBER: 16-13527 |
| BRADLEY PECK, ET AL. | SECTION: "A"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's lawsuit is dismissed without prejudice to his refiling same upon prepayment of the $400.00 filing fee prescribed by 28 U.S.C. §1914(a) less the $38.97 that he was previously assessed in this matter.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Appoint Counsel (Rec. Doc. 37) is **DENIED**.

New Orleans, Louisiana, this 21st day of April, 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE